**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 00-6587**

—————

JAMES E. GOFF,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

—————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-99-564-7)

—————

Submitted:  July 13, 2000          Decided:  July 25, 2000

—————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

James E. Goff, Appellant Pro Se.  Donald Eldridge Jeffrey, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James E. Goff seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Goff v. Angelone</u>, No. CA-99-564-7 (W.D. Va. Mar. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>